**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Ariel Contreras Cervantes,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**Joseph D. McDonald, Jr., et al.**<br><br>**Respondents.** | **Civil Action No.**<br>**26-13959-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Ariel Contreras Cervantes ("Contreras Cervantes" or "petitioner"), and his subsequent motion for temporary restraining order (Docket No. 10). Contreras Cervantes contends that Joseph McDonald and other named respondents ("respondents") have detained him in violation of his rights under the Fifth Amendment to the United States Constitution and he seeks an order of this Court directing the government either to release him or afford him a bond hearing pursuant to 18 U.S.C. §1226(a).

Respondents agree that petitioner is in custody pursuant to §1226(a) and is therefore entitled to bond hearing under that statutory provision. Respondents, however, oppose immediate release of petitioner, arguing that he has failed to seek a bond

hearing before an Immigration Judge before filing the petition for writ of habeas corpus. To the extent that respondents argue that Contreras Cervantes failed to exhaust administrative remedies by not first asking the Immigration Court for a bond hearing, the Court will not deny the petition on the basis of exhaustion under these circumstances.

In light of the foregoing, the Court construes, and likewise directs the respondents to construe, the pending petition for habeas corpus as conveying a request for a bond hearing before an Immigration Court.

The Court therefore **ALLOWS** the petition for writ of habeas corpus (Docket No. 1) and motion for temporary restraining order (Docket No. 10) insofar as they seek a bond hearing before an Immigration Court that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton

Nathaniel M. Gorton
Senior United States District Judge

Dated: September 16, 2026